End Time:
Proceeding via: ☑CourtFlow ☐AT&T

DOCKET No. 21mg11037

DEFENDANT Joseph Atkinson

AUSA Matthew Weinberg

DEF.'S COUNSEL mark Gombiner
☐RETAINED ☑FEDERAL DEFENDERS ☐CJA ☐PRESENTMENT ONLY

☐_____ INTERPRETER NEEDED

☐ DEFENDANT WAIVES PRETRIAL REPORT

☑Rule 5 ☐Rule 9 ☐Rule 5(c)(3) ☐Detention Hrg.

☐Other: _____

DATE OF ARREST 11/18/21
TIME OF ARREST 6:15 am
TIME OF PRESENTMENT 4:45 pm

☐ VOL. SURR.
☐ ON WRIT

## BAIL DISPOSITION

☐SEE SEP. ORDER

☑DETENTION ON CONSENT W/O PREJUDICE     ☐DETENTION: RISK OF FLIGHT/DANGER   ☐SEE TRANSCRIPT
☐DETENTION HEARING SCHEDULED FOR: _____
☐AGREED CONDITIONS OF RELEASE
☐DEF. RELEASED ON OWN RECOGNIZANCE
☐$_____ PRB ☐_____FRP
☐SECURED BY $_____ CASH/PROPERTY: _____
☐TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐PRETRIAL SUPERVISION: ☐REGULAR ☐STRICT ☐AS DIRECTED BY PRETRIAL SERVICES
☐DRUG TESTING/TREATMT AS DIRECTED BY PTS ☐MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT

☐HOME INCARCERATION ☐HOME DETENTION ☐CURFEW ☐ELECTRONIC MONITORING ☐GPS
☐DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐DEF. TO CONTINUE OR SEEK EMPLOYMENT [OR] ☐DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____; REMAINING CONDITIONS TO BE MET BY: _____

## ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

*****DELAYED DOCKETING*****SEALING ORDER***** to be signed after conference.

Medical Needs Order signed

☐DEF. ARRAIGNED; PLEADS NOT GUILTY                    ☐CONFERENCE BEFORE D.J. ON _____
☐DEF. WAIVES INDICTMENT
☐SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐IDENTITY HEARING WAIVED                         ☐DEFENDANT TO BE REMOVED
☐PRELIMINARY HEARING IN SDNY WAIVED              ☐CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: 12/17/21              ☐ON DEFENDANT'S CONSENT

DATE: 11/18/21

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.