```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
         - v. -                  :    22 Cr.
                                 :
JOSEPH ATKINSON,                 :
   a/k/a "Justi,"                :
                                 :
             Defendant.          :
                                 :
- - - - - - - - - - - - - - - - x
```

22 CRIM 700

**COUNT ONE**
**(Firearms Trafficking)**

The Grand Jury charges:

1. From at least on or about August 5, 2021 until at least on or about September 9, 2021, in the Southern District of New York and elsewhere, JOSEPH ATKINSON, a/k/a "Justi," the defendant, not being a licensed importer, licensed manufacturer, or licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully and knowingly engage in the business of importing, manufacturing, and dealing in firearms, to wit, ATKINSON illegally sold three firearms to an undercover officer in the Bronx, New York.

(Title 18, United States Code, Sections 922(a)(1)(A), 924(a)(1)(D), and 2.)

## COUNT TWO
### (Felon in Possession)

The Grand Jury further charges:

2. On or about August 5, 2021, in the Southern District of New York and elsewhere, JOSEPH ATKINSON, a/k/a "Justi," the defendant, knowing he had previously been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, ATKINSON possessed eight rounds of 9 millimeter Luger ammunition, and the ammunition was in and affecting commerce.

(Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.)

## FORFEITURE ALLEGATION

3. As a result of committing the offenses alleged in Counts One and Two of this Indictment, JOSEPH ATKINSON, a/k/a "Justi," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all firearms and ammunition involved in or used in said offenses, including but not limited to:

    a. Three (3) Polymer80 Inc., 9 millimeter semi-automatic pistols; and

    b. Eight (8) rounds of 9 millimeter Luger ammunition.

## Substitute Assets Provision

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 924;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

v.

JOSEPH ATKINSON,
a/k/a "Justi,"

                                        Defendant.

---

### INDICTMENT

22 Cr.

(18 U.S.C. §§ 922(a)(1)(A), 922(g)(1),
924(a)(1), 924(a)(2), and 2.)

DAMIAN WILLIAMS
United States Attorney

*/s/ [signature]*
Foreperson

---

NL
2/15/22

Indictment Filed

Case was given to
Judge McMahon
WM1A

Sarah L Cave
USMJ