# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

MEMO ENDORSED

May 4, 2022

5/4/22

Case Adj to June 14, 2022
At 10:30 — time excluded through June 14, in the interest of justice, to facilitate plea discussions.

*/s/ Colleen McMahon*

Hon. Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Joseph Atkinson**
    22 Cr. 100 (CM)

Your Honor:

With the consent of the government, Mr. Atkinson requests that the conference in this matter scheduled for May 10, 2022 be adjourned until June 14, 2022. We further request that time be excluded under the Speedy Trial Act to the date of the next conference.

Thank you for your consideration of this application.

Respectfully submitted,

Mark B. Gombiner
Attorney for Joseph Atkinson

cc AUSA Matthew Weinberg

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/22